**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,[1]<br><br>*Debtors.* | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 74, 470, 473, and 803** |
| CSC TRUST COMPANY OF<br>DELAWARE, as INDENTURE TRUSTEE,<br><br>*Plaintiff*,<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and<br>EFIH FINANCE INC.,<br><br>*Defendants.* | Adversary Proceeding<br><br>No. 14-50363 (CSS)<br><br>**Re: Adversary Docket Nos. 1 and 10** |

**NOTICE OF INTERVENTION OF THE
AD HOC COMMITTEE OF EFIH UNSECURED NOTEHOLDERS**

Pursuant to the *Scheduling Order with respect to (a) Contested Matter Motion, (b) Adversary Proceeding, and (c) Stay-Applicability Motion*, dated June 4, 2014 [Docket No. 803, Adversary Docket No. 10] (the "Scheduling Order"), the ad hoc committee of holders of 11.25%/12.25% senior unsecured toggle notes due December 1, 2018, issued pursuant to that certain Indenture, dated December 5, 2012, by and among Energy Future Intermediate Holding Company LLC ("EFIH") and EFIH Finance Inc., as issuers, and UMB Bank, N.A., as successor

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

trustee (the "Ad Hoc Committee of EFIH Unsecured Noteholders"), hereby provides notice that it intervenes in the Contested Matter Motion, as defendants in the Adversary Proceeding, and in the Stay-Applicability Motion, as those matters are defined in the Scheduling Order.[2]

*[Remainder of the page is intentionally left blank]*

---

[2] The Scheduling Order provides that the Ad Hoc Committee of EFIH Unsecured Noteholders may intervene by notice and without filing a motion to intervene. *See* Scheduling Order ¶ 1. For the avoidance of doubt, however, the Ad Hoc Committee of EFIH Unsecured Noteholders is otherwise entitled to intervene pursuant to Federal Rule of Civil Procedure 24(a)(1)-(2).

Dated:  June 11, 2014
     Wilmington, Delaware          **COUSINS CHIPMAN & BROWN, LLP**

                                        */s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
Mark Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email:   cousins@ccbllp.com
            olivere@ccbllp.com
            kashishian@ccbllp.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Stephen M. Baldini (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Robert J. Boller (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:   (212) 872-1000
Facsimile:   (212) 872-1002
Email:   idizengoff@akingump.com
            sbaldini@akingump.com
            aqureshi@akingump.com
            rboller@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue
Washington, DC 20036-1564
Telephone:   (202) 887-4000
Facsimile:   (202) 887-4288
Email:   salberino@akingump.com

*Co-Counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders*