# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,[1]<br>      *Debtors*. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 74, 470 and 473** |
| CSC TRUST COMPANY OF<br>DELAWARE, as INDENTURE TRUSTEE,<br><br>      *Plaintiff*,<br>v.<br><br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and<br>EFIH FINANCE INC.,<br><br>      *Defendants*. | Adversary Proceeding<br><br>No. 14-50363 (CSS)<br><br>**Re: Adversary Docket No. 1** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 13th day of June, 2014, a true and correct copy of **Initial Disclosures of Intervenor-Defendant The Ad Hoc Committee of EFIH Unsecured Noteholders** was served upon the parties on the attached service list in the manner indicated.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors (the "Debtors") and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated: June 13, 2014
Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

*/s/ Ann Kashishian*

Scott D. Cousins (No. 3079)
Mark Olivere (No. 4291)
Ann M. Kashishian (No. 5622)
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Facsimile:  (302) 295-0199
Email:  cousins@ccbllp.com
olivere@ccbllp.com
kashishian@ccbllp.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Stephen M. Baldini (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Robert J. Boller (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002
Email:  idizengoff@akingump.com
sbaldini@akingump.com
aqureshi@akingump.com
rboller@akingump.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue
Washington, DC 20036-1564
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288
Email:  salberino@akingump.com

*Co-Counsel for the Ad Hoc Committee of EFIH Unsecured Noteholders*

**VIA HAND DELIVERY AND EMAIL**
Nicholas J. Brannick
Norman Pernick
J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, suite 1410
Wilmington, DE 19801
nbrannick@coleschotz.com
npernick@coleschotz.com
kstickles@coleschotz.com

**VIA FIRST MAIL**
EFIH Finance Inc.
Energy Future Intermediate Holding Company LLC
Energy Plaza
1601 Bryan Street
Dallas, TX 75201

**VIA HAND DELIVERY AND EMAIL**
Laura Davis Jones
Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszjlaw.com
rfeinstein@pszjlaw.com

**VIA HAND DELIVERY AND EMAIL**
Michael Joseph Joyce
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801
mjoyce@crosslaw.com

**VIA HAND DELIVERY AND EMAIL**
Garvan F. McDaniel
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
gfmcdaniel@dkhogan.com

**VIA HAND DELIVERY AND EMAIL**
Karen C. Bifferato
Connolly Gallagher
1000 West Street
Wilmington, DE 19801
kbifferato@connollygallagher.com

**VIA FIRST MAIL AND EMAIL**
Brad Eric Scheler
Gary Kaplan
Matthew Roose
Frank Fried
One New York Plaza
New York, New York 10004
brad.eric.scheler@friedfrank.com
gary.kaplan@friedfrank.com
matthew.roose@friedfrank.com

**VIA FIRST MAIL AND EMAIL**
Richard Cieri, Edward Sassower
Stephen Hessler, Brian E. Schartz
Kirkland & Ellis LLP
601 Lexington Ave.
New York, NY 10022
Richard.cieri@kirkland.com
Edward.sassower@kirkland.com
brianschartz@kirkland.com
Stephen.hessler@kirkland.com

**VIA FIRST MAIL AND EMAIL**
James Sprayregen
Chad Husnick
Steven Serajeddini
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
james.sprayregen@kirkland.com
chad.husnick@kirkland.com
Steven.serajeddini@kirkland.com

**VIA HAND DELIVERY AND EMAIL**
Mark D. Collins
Daniel J. Defranceschi
Jason M. Madron
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
Collins@rlf.com
Defranceschi@rlf.com
Madron@rlf.com

**VIA FIRST MAIL AND EMAIL**
Keith H. Wofford
Mark Somerstein
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036-8704
Keith.Wofford@ropesgray.com
Mark.Somerstein@ropesgray.com

**VIA FIRST MAIL AND EMAIL**
D. Ross Martin
Andrew G. Devore
Ropes & Gray
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Ross.Martin@ropesgray.com
Andrew.Devore@ropesgray.com

**VIA FIRST MAIL AND EMAIL**
James H. Millar
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
James.Millar@dbr.com

**VIA FIRST MAIL AND EMAIL**
Raymond H. Lemisch
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
rlemisch@klehr.com

**VIA FIRST MAIL AND EMAIL**
Harold L. Kaplan
Mark F. Hebbeln
Lars A. Peterson
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
hkaplan@foley.com
mhebbeln@foley.com
lapeterson@foley.com

**VIA FIRST MAIL AND EMAIL**
Erika Morabito
Brittany J. Nelson
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
emorabito@foley.com
bnelson@foley.com

**VIA FIRST MAIL AND EMAIL**
Warren A. Usatine
Cole, Schotz, Meisel, Forman & Leonard
25 Main Street
P.O. Box 800
Hackensack, NJ 07602
wusatine@coleschotz.com

**VIA FIRST MAIL AND EMAIL**
Owen M. Sonik
PERDUE, BRANDON, FIELDER, COLLINS, & MOTT, L.L.P.
1235 North Loop West, Suite 600
Houston, Texas 77008
osonik@pfbcm.com

**VIA HAND DELIVERY AND EMAIL**
R. Stephen McNeill
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801
rmcneill@potteranderson.com

**VIA HAND DELIVERY AND EMAIL**
Derek C. Abbott
Erin R. Fay
Morris, Nichols, Arsht & Tunnell
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19801
dabbott@mnat.com
efay@mnat.com

**VIA FIRST MAIL AND EMAIL**
Richard G. Mason
John F. Lynch
Emil A. Kleinhaus
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
rgmason@wlrk.com
jlynch@wlrk.com
EAKleinhaus@wlrk.com

**VIA FIRST MAIL AND EMAIL**
Julie Frost-Davies
Christopher L. Carter
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110
julia.frost-davies@bingham.com
christopher.carter@bingham.com

**VIA FIRST MAIL AND EMAIL**
Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com
ghorowitz@kramerlevin.com
jbrody@kramerlevin.com

**VIA FIRST MAIL AND EMAIL**
Matthew J. Troy, Esq.
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
matthew.troy@usdoj.gove

**VIA FIRST MAIL AND EMAIL**
Jeffrey S. Sabin
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
jeffrey.sabin@bingham.com

**VIA FIRST MAIL AND EMAIL**
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Daniel A. Fliman, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
DRosner@kasowitz.com
AGlenn@kasowitz.com
DFliman@kasowitz.com

**VIA FIRST MAIL AND EMAIL**
Stephanie Wickouski
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104-3300
stephanie.wickouski@bryancave.com