**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br><br>*Debtors*. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |
| CSC TRUST COMPANY OF DELAWARE, as INDENTURE TRUSTEE,<br><br>*Plaintiff*,<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC.,<br><br>*Defendants*,<br><br>AD HOC GROUP OF EFH LEGACY NOTEHOLDERS,<br><br>*Intervenor-Defendant*. | Adversary Proceeding<br><br>Case No. 14-50363 |

**AD HOC GROUP OF EFH LEGACY NOTEHOLDERS' ANSWER TO
COMPLAINT FOR DECLARATORY RELIEF AGAINST ENERGY FUTURE
<u>INTERMEDIATE HOLDING COMPANY LLC AND EFIH FINANCE INC.</u>**

Intervening defendant Ad Hoc Group of EFH Legacy Noteholders ("<u>Defendant</u>"), for its

answer to the complaint dated May 15, 2014 in the above-referenced adversary proceeding (the

"<u>Complaint</u>"), hereby answers as follows:

## NATURE OF THE ACTION

1.      The allegations contained in Paragraph 1 set forth legal conclusions and

Plaintiff's prayer for relief and, as such, no response is required.

2.      Defendant denies knowledge or information sufficient to form a belief as to the

allegations in Paragraph 2.

3.      The allegations contained in Paragraph 3 set forth legal conclusions and, as such,

no response is required.  To the extent a response is required, Defendant denies knowledge or

information sufficient to form a belief as to the allegations in Paragraph 3.

4.      The allegations contained in Paragraph 4 purport to characterize writings which

speak for themselves and, as such, no response is required.  To the extent a response is required,

Defendant refers the Court to the 10% Indenture[1] and the Proposed RSA for a full and accurate

statement of their contents.

5.      The allegations contained in Paragraph 5 set forth legal conclusions and purport to

characterize writings which speak for themselves, and, as such, no response is required.  To the

extent a response is required, Defendant denies knowledge or information sufficient to form a

belief as to the allegations in Paragraph 5 and refers the Court to the 10% Indenture for a full and

accurate statement of its contents.

6.      The allegations contained in Paragraph 6 assert legal conclusions for which no

response is required.

## JURISDICTION AND VENUE

7.      The allegations contained in Paragraph 7 assert legal conclusions for which no

response is required.

---

[1]      Capitalized terms used but not defined herein are as defined in the Complaint.

8.      The allegations contained in Paragraph 8 assert legal conclusions for which no response is required.

9.      Defendant admits that Counts I-IV of the Complaint constitute core matters.

10.      The allegations contained in Paragraph 10 assert legal conclusions for which no response is required.

## PARTIES

11.      Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 11.

12.      Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 12.

13.      Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 13.

## FACTUAL ALLEGATIONS

14.      Defendant admits the allegations in Paragraph 14.

15.      Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 15.

16.      The allegations contained in Paragraph 16 set forth legal conclusions and purport to characterize writings which speak for themselves, and, as such, no response is required.  To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 16 and refers the Court to 10% Indenture and 10% Notes for a full and accurate statement of their contents.

17.      The allegations contained in Paragraph 17 purport to characterize writings which speak for themselves and, as such, no response is required.  To the extent a response is required,

Defendant denies knowledge or information sufficient to form a belief as to the allegations in

Paragraph 17 and refers the Court to the 10% Indenture for a full and accurate statement of its

contents.

18.     The allegations contained in Paragraph 18 purport to characterize writings which

speak for themselves and, as such, no response is required.  To the extent a response is required,

Defendant refers the Court to the 10% Indenture and 10% Notes for a full and accurate statement

of their contents.

19.     The allegations contained in Paragraph 19 purport to characterize writings which

speak for themselves and, as such, no response is required.  To the extent a response is required,

Defendant refers the Court to the 10% Indenture for a full and accurate statement of its contents.

20.     The allegations contained in Paragraph 20 purport to characterize writings which

speak for themselves and, as such, no response is required.  To the extent a response is required,

Defendant refers the Court to the 10% Indenture for a full and accurate statement of its contents.

21.     The allegations contained in Paragraph 21 purport to characterize writings which

speak for themselves and, as such, no response is required.  To the extent a response is required,

Defendant refers the Court to the 10% Indenture for a full and accurate statement of its contents.

22.     The allegations contained in Paragraph 22 purport to characterize writings which

speak for themselves and, as such, no response is required.  To the extent a response is required,

Defendant refers the Court to the 10% Indenture for a full and accurate statement of its contents.

23.     The allegations contained in Paragraph 23 set forth legal conclusions and purport

to characterize writings which speak for themselves, and, as such, no response is required.   To

the extent a response is required, Defendant denies knowledge or information sufficient to form a

belief as to the allegations in Paragraph 23 and refers the Court to the 10% Indenture for a full and accurate statement of its contents.

24.     The allegations contained in Paragraph 24 set forth legal conclusions and purport to characterize writings which speak for themselves, and, as such, no response is required.    To the extent a response is required, Defendant refers the Court to the 10% Indenture and 10% Notes for a full and accurate statement of their contents.

25.     The allegations contained in Paragraph 25 purport to characterize writings which speak for themselves and, as such, no response is required.  To the extent a response is required, Defendant refers the Court to the EFIH Form S-4 Registration Statement for a full and accurate statement of its contents.

26.     The allegations contained in Paragraph 26 set forth legal conclusions and purport to characterize writings which speak for themselves, and, as such, no response is required.    To the extent a response is required, Defendant denies the allegations in Paragraph 26 and refers the Court to the 10% Indenture for a full and accurate statement of its contents.

27.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 27.

28.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 28.

29.     The allegations contained in Paragraph 29 set forth legal conclusions, and, as such, no response is required.  To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 29.

30.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 30.

31.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 31.

32.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 32.

33.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 33.

34.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 34.

35.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 35.

36.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 36.

37.     The allegations contained in Paragraph 37 purport to characterize writings which speak for themselves and, as such, no response is required.  To the extent a response is required, Defendant refers the Court to the Information Memorandum for a full and accurate statement of its contents.

38.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 38.

39.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 39.

40.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 40.

41.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 41.

42.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 42.

43.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 43.

44.     The allegations contained in Paragraph 44 set forth legal conclusions and purport to characterize writings which speak for themselves, and, as such, no response is required.  To the extent a response is required, Defendant refers the Court to the 10% Indenture for a full and accurate statement of its contents.

45.     The allegations contained in Paragraph 45 set forth legal conclusions, and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 45.

46.     The allegations contained in Paragraph 46 purport to characterize writings which speak for themselves and, as such, no response is required.  To the extent a response is required, Defendant refers the Court to the Collateral Trust Agreement and Pledge Agreement for a full and accurate statement of their contents.

47.     The allegations contained in Paragraph 47 purport to characterize writings which speak for themselves and, as such, no response is required.  To the extent a response is required, Defendant refers the Court to the Collateral Trust Agreement for a full and accurate statement of its contents.

48.     The allegations in Paragraph 48 set forth legal conclusions and, as such, no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 48.

49.     The allegations in Paragraph 49 set forth legal conclusions, and, as such, no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 49.

50.     Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 50.

## COUNT I

51.     Defendant repeats and realleges its responses to the allegations in all paragraphs set forth above, as if fully set forth in full herein.

52.     The allegations contained in Paragraph 52 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 52.

53.     The allegations contained in Paragraph 53 purport to characterize writings which speak for themselves and, as such, no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 53 and refers the Court to the 10% Indenture for a full and accurate statement of its contents.

54.     The allegations contained in Paragraph 54 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 54.

55.     The allegations contained in Paragraph 55 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 55.

56.     The allegations contained in Paragraph 56 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 56.

57.     The allegations contained in Paragraph 57 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 57.

<strong><u>COUNT II</u></strong>

58.     The Defendant repeats and realleges its responses to the allegations in all paragraphs set forth above, as if fully set forth in full herein.

59.     The allegations contained in Paragraph 59 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 59.

60.     The allegations contained in Paragraph 60 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 60.

61.     The allegations contained in Paragraph 61 purport to characterize writings which speak for themselves and, as such, no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 61 and refers the Court to the 10% Indenture for a full and accurate statement of its contents.

62.     The allegations contained in Paragraph 62 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 62.

63.     The allegations contained in Paragraph 63 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 63.

64.     The allegations contained in Paragraph 64 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 64.

65.     The allegations contained in Paragraph 65 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 65.

## COUNT III

66.     The Defendant repeats and realleges its responses to the allegations in all paragraphs set forth above, as if fully set forth in full herein.

67.     The allegations contained in Paragraph 67 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 67.

68.     The allegations contained in Paragraph 68 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 68.

69.     The allegations contained in Paragraph 69 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 69.

70.    The allegations contained in Paragraph 70 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 70.

71.    The allegations contained in Paragraph 71 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 71.

72.    The allegations contained in Paragraph 72 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the allegations in Paragraph 72.

73.    The allegations contained in Paragraph 73 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 73.

**COUNT IV**

74.    The Defendant repeats and realleges its responses to the allegations in all paragraphs set forth above, as if fully set forth in full herein.

75.    The allegations contained in Paragraph 75 set forth legal conclusions and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 75.

76.    The allegations contained in Paragraph 76 set forth legal conclusions and Plaintiff's prayer for relief and, as such, no response is required.   To the extent a response is required, Defendant denies the allegations in Paragraph 76.

**Statement Pursuant to Rule 7012-1 of the Local Rules for
the United States Bankruptcy Court for the District of Delaware**

Defendant does not consent to the entry of final orders or judgments by the Court if it is

determined that the Court, absent consent of the parties, cannot enter final orders or judgments

consistent with Article III of the United States Constitution.

Dated: June 13, 2014
        Wilmington, Delaware

                        THE HOGAN FIRM

                        By: /s/ Garvan F. McDaniel
                        Garvan F. McDaniel, Esq.
                        1311 Delaware Avenue
                        Wilmington, Delaware 19806
                        Telephone:  (302) 656-7540
                        Facsimile:  (302) 656-7599
                        Email: gfmcdaniel@dkhogan.com

                              – and –

                        KASOWITZ, BENSON, TORRES
                          & FRIEDMAN LLP

                        David S. Rosner, Esq.
                        Andrew K. Glenn, Esq.
                        Daniel A. Fliman, Esq.
                        1633 Broadway
                        New York, New York 10019
                        Telephone:  (212) 506-1700
                        Facsimile:  (212) 506-1800
                        Email: DRosner@kasowitz.com
                               AGlenn@kasowitz.com
                               DFliman@kasowitz.com

                        *Counsel to the Ad Hoc Group of EFH Legacy
                        Noteholders*