IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| | Telephonic Hearing Date: June 27, 2014 at 1:00 p.m. (EDT) |
| | Re: D.I. 1058 & 1111 |

**NOTICE OF TELEPHONIC HEARING ON
DISCOVERY DISPUTE ADDRESSED IN LETTERS TO THE COURT [D.I. 1058 &
1111] RELATED TO ADVERSARY PROCEEDING STYLED *CSC TRUST COMPANY
OF DELAWARE V. ENERGY FUTURE INTERMEDIATE HOLDING
COMPANY LLC*, ADV. PROC. NO. 14-50363 (CSS)**

PLEASE TAKE NOTICE THAT, on June 23, 2014, CSC Trust Company of Delaware, as successor indenture trustee for the 10% Senior Secured Notes due 2020 issued by Energy Future Intermediate Holdings LLC and EFIH Finance Inc. filed a letter [D.I. 1058] (the "**10% Trustee Letter**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**") related to a discovery dispute in connection with the Adversary Proceeding styled *CSC Trust Company of Delaware v. Energy Future Intermediate Holding Company* LLC, Adv. Proc. No. 14-50363-CSS (the "**Adversary Proceeding**").

PLEASE TAKE FURTHER NOTICE THAT, on June 25, 2014, the ad hoc committee of holders of 11.25%/12.25% unsecured senior toggle notes due December 1, 2018 issued pursuant to that certain indenture, dated December 5, 2012, by and among Energy Future

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 10444756v.1

Intermediate Holding Company LLC and EFIH Finance Inc., as issuers, and UMB Bank N.A., as successor trustee, filed a letter [D.I. 1111] (the "**Ad Hoc Committee Letter**", together with the 10% Trustee Letter, the "**Letters**") in response to the 10% Trustee Letter related to the discovery dispute in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE THAT the Court has scheduled a telephonic hearing solely with respect to the discovery dispute addressed in the Letters for **June 27, 2014 at 1:00 p.m.** (**EDT**) (the "**Hearing**") before The Honorable Christopher S. Sontchi.

PLEASE TAKE FURTHER NOTICE THAT all parties wishing to appear at the Hearing must contact CourtCall via telephone, by **June 27, 2014 at 11:00 a.m. (EDT)** (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) in accordance with the *Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27, 2009*.

[*Remainder of page intentionally blank*]

RLF1 10444756v.1

Dated: June 25, 2014
      Wilmington, Delaware

/s/ William A. Romanowicz
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
William A. Romanowicz (No. 5794)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com
    romanowicz@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  richard.cieri@kirkland.com
    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession