## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| | ) (Jointly Administered) |
| *Debtors.* | ) |
| | ) |
| CSC TRUST COMPANY OF DELAWARE, as INDENTURE TRUSTEE | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Adversary Proceeding |
| | ) No. 14-50363 (CSS) |
| ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC and EFIH FINANCE INC., | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 30 AND JULY 1, 2014 AT 9:30 A.M. (EDT)[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The June 30th and July 1st hearings will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 9:30 a.m. (EDT) each day. Due to the anticipated number of attendees at the June 30 and July 1, 2014 hearings, parties are also invited to attend the hearing via video teleconference from (i) an overflow Courtroom at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on June 30, 2014 and (ii) an overflow Courtroom at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on July 1, 2014 . Any person who wishes to appear telephonically at such hearings must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Friday, June 27, 2014** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

RLF1 10446465v.1

I.    **CONTINUED MATTERS:**

1.    Joint Motion of CSC Trust Company of Delaware as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 473; filed May 15, 2014]

Response/Objection Deadline:      May 29, 2014 at 4:00 p.m. (EDT); extended to date to be determined.

Responses/Objections Received:      None at this time.

Related Documents:

i.    Declaration of Norman L. Pernick in Support of Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 475; filed May 15, 2014]

ii.    Amended Notice of Joint Motion of CSC Trust Company of Delaware, as Indenture Trustee, and Certain EFIH 10% First Lien Noteholders, for Confirmation that the Automatic Stay Does Not Apply or, Alternatively, for Limited Relief from the Automatic Stay, Solely Regarding Rescission of Acceleration [D.I. 608; filed May 23, 2014]

iii.    Scheduling Order with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [D.I. 803; filed June 4, 2014]

Status: The hearing on this matter is continued to the hearings scheduled to take place on September 10-12, 2014 as set forth in the Court's June 4, 2014 scheduling order (see D.I. 803).

2.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay [D.I. 505; filed May 16, 2014]

Response/Objection Deadline:      May 30, 2014 at 4:00 p.m. (EDT); extended to June 20, 2014 at 4:00 p.m. (EDT) for all parties other than the Office of the United States Trustee for the District of Delaware; extended to June 23, 2014 at 4:00 p.m. (EDT) for the Office of the United States Trustee for the District of Delaware only;

RLF1 10446465v.1

further extended to July 11, 2014 for all parties in interest

Responses/Objections Received:     None at this time.

Related Documents:

i.     Re-Notice of Motions and Hearing [D.I. 626; filed May 28, 2014]

ii.     Letter to the Honorable Christopher S. Sontchi from Edward S. Weisfelner (Redacted) [D.I. 698; filed June 2, 2014]

iii.     Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File June 2, 2014 Letter Under Seal [D.I. 699; filed June 2, 2014]

iv.     Letter to the Honorable Christopher S. Sontchi from Christopher Shore, Esq. Regarding Additional Discovery Dispute [D.I. 749; filed June 3, 2014]

v.     Letter to the Honorable Christopher S. Sontchi from Mark McKane, Esq. Concerning Discovery Dispute with WSFS [D.I. 788; filed June 4, 2014]

vi.     Letter Regarding Discovery Dispute [D.I. 789; filed June 4, 2014]

vii.     Re-Notice of "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay" [D.I. 986; filed June 16, 2014]

viii.     Letter to the Honorable Christopher S. Sontchi Regarding Ad Hoc Committee of EFIH Unsecured Noteholders' Discovery Deficiencies [D.I. 1058; filed June 23, 2014]

ix.     Letter to the Honorable Christopher S. Sontchi in Response to First Lien Trustee's June 23 Letter Regarding Discovery [D.I. 1111; filed June 23, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for July 18, 2014 at 9:30 a.m. (EDT).

3.     Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Filsinger Energy Partners as Energy Consultant Effective *Nunc Pro Tunc* to the Petition Date [D.I. 650; filed May 29, 2014]

Response/Objection Deadline:     June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

3

Responses/Objections Received:     None at this time.

Related Documents:

i.      Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

4.     Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Evercore Group L.L.C. as Investment Banker and Financial Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 651; filed May 29, 2014]

Response/Objection Deadline:     June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:     None at this time.

Related Documents:

i.      Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

5.     Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition Date [D.I. 652; filed May 29, 2014]

Response/Objection Deadline:     June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:     None at this time.

Related Documents:

i.      Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

ii.     Notice of Debtors' Entry into Additional Statement of Work with KPMG LLP [D.I. 910; filed June 11, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

4

6.     Application of Energy Future Holdings Corp., *et al.*, for an Order Authorizing Energy Future Holdings Corp. to Retain and Employ Thompson & Knight LLP as Special Counsel for Certain Tax-Related Matters, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 653; filed May 29, 2014]

        <u>Response/Objection Deadline</u>:    June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

        <u>Responses/Objections Received</u>:    None at this time.

        <u>Related Documents</u>:

        i.     Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

        <u>Status</u>: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

7.     Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ PricewaterhouseCoopers LLP as Internal Audit, Information Security, and Tax Consultants Effective *Nunc Pro Tunc* to the Petition Date [D.I. 654; filed May 29, 2014]

        <u>Response/Objection Deadline</u>:    June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

        <u>Responses/Objections Received</u>:    None at this time.

        <u>Related Documents</u>:

        i.     Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

        <u>Status</u>: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

8.     Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Ernst & Young LLP as Providers of Tax Advisory and Information Technology Services Effective *Nunc Pro Tunc* to the Petition Date [D.I. 655; filed May 29, 2014]

        <u>Response/Objection Deadline</u>:    June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

        <u>Responses/Objections Received</u>:    None at this time.

RLF1 10446465v.1

Related Documents:

i.      Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

9.      Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Deloitte & Touche LLP as Independent Auditor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 656; filed May 29, 2014]

Response/Objection Deadline:      June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:      None at this time.

Related Documents:

i.      Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

10.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [D.I. 658; filed May 29, 2014]

Response/Objection Deadline:      June 12, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:      None at this time.

Related Documents:

i.      Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

11.     Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [D.I. 659; filed May 29, 2014]

<table>
<tr><td>Response/Objection Deadline:</td><td>June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)</td></tr>
<tr><td>Responses/Objections Received:</td><td>None at this time.</td></tr>
</table>

Related Documents:

    i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

12.    Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [D.I. 660; filed May 29, 2014]

<table>
<tr><td>Response/Objection Deadline:</td><td>June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)</td></tr>
<tr><td>Responses/Objections Received:</td><td>None at this time.</td></tr>
</table>

Related Documents:

    i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

13.    Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to Retain and Employ Alvarez & Marsal North America, LLC as Restructuring Advisor Effective *Nunc Pro Tunc* to the Petition Date [D.I. 661; filed May 29, 2014]

<table>
<tr><td>Response/Objection Deadline:</td><td>June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)</td></tr>
<tr><td>Responses/Objections Received:</td><td>None at this time.</td></tr>
</table>

Related Documents:

    i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

RLF1 10446465v.1

14.     Application of Energy Future Holdings Corp., *et al.*, for an Order Authorizing the Debtors to Retain and Employ Gibson, Dunn & Crutcher LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 662; filed May 29, 2014]

<u>Response/Objection Deadline</u>:          June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

<u>Responses/Objections Received</u>:          None at this time.

<u>Related Documents</u>:

i.      Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

<u>Status</u>: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

15.     Application of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Employment and Retention of Epiq Bankruptcy Solutions, LLC as the Administrative Advisor for the Debtors, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 663; filed May 29, 2014]

<u>Response/Objection Deadline</u>:          June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

<u>Responses/Objections Received</u>:          None at this time.

<u>Related Documents</u>:

i.      Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

<u>Status</u>: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

16.     Application of Energy Future Holdings Corp., *et al.*, for an Order Authorizing the Debtors to Retain and Employ McDermott Will & Emery LLP as Special Counsel for Certain Energy-Related Transactional Matters, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 664; filed May 29, 2014]

<u>Response/Objection Deadline</u>:          June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

<u>Responses/Objections Received</u>:          None at this time.

8

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

17.    Application of Energy Future Holdings Corp., *et al.*, for an Order Authorizing the Debtors to Retain and Employ Sidley Austin LLP as Special Counsel for Certain Corporate and Litigation Matters, Effective *Nunc Pro Tunc* to the Petition Date [D.I. 665; filed May 29, 2014]

Response/Objection Deadline:    June 13, 2014 at 4:00 p.m. (EDT); extended to July 28, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:    None at this time.

Related Documents:

i.    Re-Notice of Certain Applications and Motions and Hearing Thereon [D.I. 901; filed June 10, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for August 11, 2014 at 9:30 a.m. (EDT).

18.    Motion of FPL Energy Pecos Wind I, LP, FPL Energy Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. for a Determination that the Automatic Stay Does Not Prevent Termination of Power Purchase Agreements [D.I. 806; filed June 4, 2014]

Response/Objection Deadline:    June 18, 2014 at 4:00 p.m. (EDT); extended to July 7, 2014 at 4:00 p.m. (EDT) for the Debtors

Responses/Objections Received:    None at this time.

Related Documents:

i.    Declaration of Mark Tourangeau in Support of Motion of FPL Energy Pecos Wind I, LP, FPL Energy Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. for a Determination that the Automatic Stay Does Not Prevent Termination of Power Purchase Agreements [D.I. 810; filed June 4, 2014]

Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for July 18, 2014 at 9:30 a.m. (EDT).

II.    **UNCONTESTED    MATTERS    WITH    A    CERTIFICATION    OF    NO OBJECTION/CERTIFICATION OF COUNSEL:**

19.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Pursuant to Bankruptcy Rules 2015.3 and 9006 and Local Bankruptcy Rule 9006-2 Extending Time to File Reports of Financial Information [D.I. 615; filed May 27, 2014]

Response/Objection Deadline:        June 23, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

i.    Certification of No Objection Regarding "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Pursuant to Bankruptcy Rules 2015.3 and 9006 and Local Bankruptcy Rule 9006-2 Extending Time to File Reports of Financial Information" [D.I. 1138; filed June 26, 2014]

Status: On June 26, 2014, the Debtors filed a certification of no objection in connection with this matter. Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

20.    Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing (A) Rejection of a Certain Unexpired Lease and (B) Abandonment of Certain Personal Property, Effective *Nunc Pro Tunc* to May 31, 2014 [D.I. 692; filed May 31, 2014]

Response/Objection Deadline:        June 17, 2014 at 4:00 p.m. (EDT); extended to June 23, 2014 at 4:00 p.m. (EDT) for landlord under Lincoln Plaza Lease

Responses/Objections Responses:

A.    Informal comments from counsel to CalSTRS

Related Documents:

i.    Declaration of Michael Carter in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing (A) Rejection of a Certain Unexpired Lease and (B) Abandonment of Certain Personal Property, Effective *Nunc Pro Tunc* to May 31, 2014 [D.I. 693; filed May 31, 2014]

ii.    Certification of Counsel Concerning Order Authorizing (A) Rejection of a Certain Unexpired Lease and (B) Abandonment of Certain Personal Property, Effective *Nunc Pro Tunc* to May 31, 2014 [D.I. 1142; filed June 26, 2014]

Status: On June 26, 2014, the Debtors filed a certification of counsel in connection with this matter. Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

21. Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File June 2, 2014 Letter Under Seal [D.I. 699; filed June 2, 2014]

Response/Objection Deadline:    June 23, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

i.    Certification of No Objection Regarding Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File June 2, 2014 Letter Under Seal [D.I. 1125; filed June 25, 2014]

ii.    Proposed Form of Order

Status: On June 25, 2014, the Movant filed a certification of no objection in connection with this matter. Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

22. Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property [D.I. 881; filed June 9, 2014]

Response/Objection Deadline:    June 23, 2014 at 4:00 p.m. (EDT)

Responses/Objections Responses:

A.    Informal comments from counsel to First on 6th, LP

Related Documents:

i.    Declaration of Michael Carter in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property [D.I. 882; filed June 9, 2014]

ii.    Certification of Counsel Concerning "Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property" [D.I. 1143; filed June 26, 2014]

11

Status: On June 26, 2014, the Debtors filed a certification of counsel in connection with this matter. Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

23.    Motion of Texas Competitive Electric Holdings Company LLC and Energy Future Competitive Holdings Company LLC for Entry of an Order Approving the Agreement of Resignation, Appointment, and Acceptance by Texas Competitive Electric Holdings Company LLC, Energy Future Competitive Holdings Company LLC, U.S. Bank National Association, the Bank of New York Mellon Trust Company, N.A., and CSC Trust Company of Delaware [D.I. 884; filed June 9, 2014]

Response/Objection Deadline:        June 23, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Related Documents:

i.      Certification of No Objection Regarding "Motion of Texas Competitive Electric Holdings Company LLC and Energy Future Competitive Holdings Company LLC for Entry of an Order Approving the Agreement of Resignation, Appointment, and Acceptance by Texas Competitive Electric Holdings Company LLC, Energy Future Competitive Holdings Company LLC, U.S. Bank National Association, the Bank of New York Mellon Trust Company, N.A., and CSC Trust Company of Delaware" [D.I. 1139; filed June 26, 2014]

Status: On June 26, 2014, the Debtors filed a certification of no objection in connection with this matter. Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

24.    Motion of Texas Competitive Electric Holdings Company LLC and Energy Future Competitive Holdings Company LLC for Entry of an Order Approving the Agreement of Resignation, Appointment, and Acceptance by Texas Competitive Electric Holdings Company LLC, Energy Future Competitive Holdings Company LLC, U.S. Bank National Association, the Bank of New York Mellon Trust Company, N.A., and CSC Trust Company of Delaware [D.I. 885; filed June 9, 2014]

Response/Objection Deadline:        June 23, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

RLF1 10446465v.1

Related Documents:

 i. Certification of No Objection Regarding "Motion of Texas Competitive Electric Holdings Company LLC and Energy Future Competitive Holdings Company LLC for Entry of an Order Approving the Agreement of Resignation, Appointment, and Acceptance by Texas Competitive Electric Holdings Company LLC, Energy Future Competitive Holdings Company LLC, U.S. Bank National Association, the Bank of New York Mellon Trust Company, N.A., and CSC Trust Company of Delaware" [D.I. 1140; filed June 26, 2014]

Status: On June 26, 2014, the Debtors filed a certification of no objection in connection with this matter. Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

25. Motion of Energy Future Holdings Corp., *et al.*, for an Order Authorizing (A) Entry Into and Performance Under the Crowson Settlement Agreement Between TXU Energy Retail Company LLC, and the Texas Comptroller Pursuant to Section 363(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedures, and (B) Modifying the Automatic Stay [D.I. 886; filed June 9, 2014]

 Response/Objection Deadline:  June 23, 2014 at 4:00 p.m. (EDT)

 Responses/Objections Received: None.

Related Documents:

 i. Declaration of Megan Horn in Support of the Motion of Energy Future Holdings Corp., *et al.*, for an Order Authorizing (A) Entry Into and Performance Under the Crowson Settlement Agreement Between TXU Energy Retail Company LLC, and the Texas Comptroller Pursuant to Section 363(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, and (B) Modifying the Automatic Stay [D.I. 887; filed June 9, 2014]

 ii. Notice of Filing of Execution Version of Settlement Agreement in Connection with "Motion of Energy Future Holdings Corp., *et al.*, for an Order Authorizing (A) Entry Into and Performance Under the Crowson Settlement Agreement Between TXU Energy Retail Company LLC, and the Texas Comptroller Pursuant to Section 363(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, and (B) Modifying the Automatic Stay" [D.I. 902; filed June 10, 2014]

 iii. Certification of No Objection Regarding "Motion of Energy Future Holdings Corp., *et al.*, for an Order Authorizing (A) Entry Into and

Performance Under the Crowson Settlement Agreement Between TXU Energy Retail Company LLC, and the Texas Comptroller Pursuant to Section 363(b) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure, and (B) Modifying the Automatic Stay" [D.I. 1141; filed June 26, 2014]

Status: On June 26, 2014, the Debtors filed a certification of no objection in connection with this matter. Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

26.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Pursuant to Bankruptcy Rule 2015.3 (A) Modifying Bankruptcy Rule 2015.3 Reporting Requirements for Cause with Respect to Certain Entities and (B) Finding that the Debtors Do Not Have a Substantial or Controlling Interest with Respect to Certain Entities [D.I. 913; filed June 11, 2014]

Response/Objection Deadline:          June 23, 2014 at 4:00 p.m. (EDT)

Responses/Objections Responses:

A.      Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

i.      Certification of Counsel Concerning Order Pursuant to Bankruptcy Rule 2015.3 (A) Modifying Bankruptcy Rule 2015.3 Reporting Requirements for Cause with Respect to Certain Entities and (B) Finding that the Debtors Do Not Have a Substantial or Controlling Interest with Respect to Certain Entities [D.I. 1146; filed June 26, 2014]

Status: On June 26, 2014, the Debtors filed a certification of counsel in connection with this matter. Consequently, a hearing with respect to this matter is only required to the extent that the Court has any questions or concerns.

## III.    **CONTESTED MATTERS:**

27.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Pay Certain Prepetition Compensation and Reimbursable Employee Expenses, (II) Pay and Honor Employee and Retiree Medical and Similar Benefits, and (III) Continue Employee and Retiree Benefit Programs, and (B) Modifying the Automatic Stay [D.I. 25; filed April 29, 2014]

Response/Objection Deadline:          May 29, 2014 at 4:00 p.m. (EDT); extended to June 26, 2014 at 12:00 p.m. (noon) (EDT) for the Office of the United States Trustee only solely with respect to the requested

14

severance and independent director fees
relief

Responses/Objections Responses:

A.  Limited Omnibus Objection of the Ad Hoc Group of TCEH Unsecured
Noteholders to (1) the Motion of Energy Future Holdings Corp., *et al.*, for
Entry of an Order (A) Authorizing the Debtors to (I) Continue Using Their
Existing Cash Management System, (II) Maintain Existing Bank Accounts
and Business Forms, and (III) Continue Using Certain Investment
Accounts; (B) Authorizing Continued Intercompany Transactions and
Netting of Intercompany Claims; and (C) Granting Postpetition
Intercompany Claims Administrative Expense Priority; and (2) Certain
Other of the Debtors' Operational First-Day Motions [D.I. 681; filed May
30, 2014]

B.  Debtors' Omnibus Reply to the Ad Hoc Group of TCEH Unsecured
Noteholders' Remaining Objections to Certain First-Day and Second-Day
Motions [D.I. 739; filed June 3, 2014]

C.  Informal comments from the Office of the United States Trustee for the
District of Delaware

D.  Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

i.  Supplemental Declaration of Paul Keglevic, Executive Vice President,
Chief Financial Officer, and Co-Chief Restructuring Officer of Energy
Future Holdings Corp., *et al.*, in Support of Wages and Benefits Motion
[D.I. 46; filed April 29, 2014]

ii.  Interim Order (A) Authorizing the Debtors to (I) Pay Certain Prepetition
Compensation and Reimbursable Employee Expenses, (II) Pay and Honor
Employee and Retiree Medical and Similar Benefits, and (III) Continue
Employee and Retiree Benefit Programs, and (B) Modifying the
Automatic Stay [D.I. 322; filed May 2, 2014]

iii.  Notice of (A) Entry of "Interim Order (A) Authorizing the Debtors to (I)
Pay Certain Prepetition Compensation and Reimbursable Employee
Expenses, (II) Pay and Honor Employee and Retiree Medical and Similar
Benefits, and (III) Continue Employee and Retiree Benefit Programs, and
(B) Modifying the Automatic Stay" and (B) Scheduling of a Final Hearing
Thereon [D.I. 340; filed May 2, 2014]

iv.  Supplement to the Motion of Energy Future Holdings Corp., *et al.*, for
Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Pay
Certain Prepetition Compensation and Reimbursable Employee Expenses,

15

(II) Pay and Honor Employee and Retiree Medical and Similar Benefits, and (III) Continue Employee and Retiree Benefit Programs, and (B) Modifying the Automatic Stay [D.I. 629; filed May 29, 2014]

v.      Declaration of Gregory M. Starner, Esq. [D.I. 686; filed May 30, 2014]

vi.     Supplement Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., *et al.*, in Support of the Customer Programs Motion [D.I. 31], the TDSP Motion [D.I. 38], the Wages Motion [D.I. 25], the Wages Motion Supplement [D.I. 629], and the Cash Management Motion [D.I. 37] [D.I. 756; filed June 3, 2014]

vii.    Final Order (A) Authorizing the Debtors to (I) Pay Certain Prepetition Compensation and Reimbursable Employee Expenses, (II) Pay and Honor Employee and Retiree Medical and Similar Benefits, and (III) Continue Employee and Retiree Benefit Programs, and (B) Modifying the Automatic Stay [D.I. 786; filed June 4, 2014]

viii.   Joint Motion of Debtors, Ad Hoc Committee of EFIH Unsecured Noteholders and Fidelity Research & Management Co. for Leave to File Late Replies in Response to Anticipated Objections to Certain Motions Set for Hearing on June 30, 2014 [D.I. 1065; filed June 24, 2014]

ix.     Order Granting Leave to File Late Replies to Anticipated Objections to Certain Motions Set for Hearing on June 30, 2014 [D.I. 1086; filed June 24, 2014]

Status: On June 4, 2014, the Court entered an agreed to form of revised order granting the Debtors the final relief (other than with respect to the severance relief and independent director fees relief) requested in connection with this matter. The hearing on the severance relief and independent director fees relief sought in connection with this matter will go forward.

28.     Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Critical Vendor Claims [D.I. 29; filed April 29, 2014]

Response/Objection Deadline:      May 29, 2014 at 4:00 p.m. (EDT); extended to June 26, 2014 at 12:00 p.m. (noon) (EDT) for the Office of the United States Trustee and the Ad Hoc Group of TCEH Unsecured Noteholders only with respect to requested final relief

Responses/Objections Responses:

A.  Limited Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of a Final Order Authorizing the TCEH Debtors to Pay Prepetition Critical Vendor Claims [D.I. 679; filed May 30, 2014]

B.  Debtors' Omnibus Reply to the Ad Hoc Group of TCEH Unsecured Noteholders' Remaining Objections to Certain First-Day and Second Day Motions [D.I. 739; filed June 3, 2014]

C.  Informal comments from the Office of the United States Trustee for the District of Delaware

D.  Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

i.  Interim Order Authorizing the Debtors to Pay Prepetition Critical Vendor Claims [D.I. 309; filed May 2, 2014]

ii.  Notice of (A) Entry of "Interim Order Authorizing the Debtors to Pay Prepetition Critical Vendor Claims" and (B) Scheduling of a Final Hearing Thereon [D.I. 343; filed May 2, 2014]

iii.  Joint Motion of Debtors, Ad Hoc Committee of EFIH Unsecured Noteholders and Fidelity Research & Management Co. for Leave to File Late Replies in Response to Anticipated Objections to Certain Motions Set for Hearing on June 30, 2014 [D.I. 1065; filed June 24, 2014]

iv.  Order Granting Leave to File Late Replies to Anticipated Objections to Certain Motions Set for Hearing on June 30, 2014 [D.I. 1086; filed June 24, 2014]

Status: The hearing on this matter will go forward.

29.  Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements [D.I. 41; filed April 29, 2014]

Response/Objection Deadline:        May 29, 2014 at 4:00 p.m. (EDT)

Responses/Objections Responses:

A.     Response of the Public Utility Commission of Texas in Support of Certain First Day Pleadings [D.I. 123; filed April 30, 2014]

B.     Informal comments from the Office of the United States Trustee for the District of Delaware

C.     Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

i.     Declaration of Terry L. Nutt in Support of the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements [D.I. 229; filed May 1, 2014]

ii.     Interim Order Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements [D.I. 315; filed May 2, 2014]

iii.     Notice of (I) Entry of "Interim Order Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements" and (II) Scheduling a Final Hearing Thereon [D.I. 337; filed May 2, 2014]

iv.     Supplement to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Trading Continuation Agreements and New Postpetition Hedging and Trading Arrangements [D.I. 734; filed June 3, 2014]

v.     Final Order (Re: Non-Proprietary Trading and Hedging Transactions Involving the Debtors' Power Generation and Retail Operations) Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Trading

Continuation Agreements and New Postpetition Hedging and Trading Arrangements [D.I. 860; filed June 6, 2014]

vi. Second Interim Order (Re: Non-Proprietary Trading Transactions that Do Not Involve the Debtors' Power Generation and Retail Operations) Authorizing the Debtors to (A) Continue Performing Under Prepetition Hedging and Trading Arrangements, (B) Pledge Collateral and Honor Obligations Thereunder, and (C) Enter into and Perform Under Certain Trading Continuation Agreements and New Postpetition Hedging And Trading Arrangements to Unwind, Mitigate, or Limit Loss Concerning Prepetition Proprietary Trading Positions [D.I. 861; filed June 6, 2014]

vii. Joint Motion of Debtors, Ad Hoc Committee of EFIH Unsecured Noteholders and Fidelity Research & Management Co. for Leave to File Late Replies in Response to Anticipated Objections to Certain Motions Set for Hearing on June 30, 2014 [D.I. 1065; filed June 24, 2014]

viii. Order Granting Leave to File Late Replies to Anticipated Objections to Certain Motions Set for Hearing on June 30, 2014 [D.I. 1086; filed June 24, 2014]

Status: The hearing for the relief related to the new, incremental proprietary trading transactions will go forward.

30. Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of Non-Insider Compensation Programs and (B) Continue the Non-Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 468; filed May 15, 2014]

Response/Objection Deadline:    May 29, 2014 at 4:00 p.m. (EDT); extended to June 23, 2014 at 4:00 p.m. (EDT) for the Office of the United States Trustee for the District of Delaware only

Responses/Objections Responses:

A. Limited Objection of the Ad Hoc Group TCEH Unsecured Noteholders to the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of Non-Insider Compensation Programs and (B) Continue the Non-Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 644; filed May 29, 2014]

B. Informal comments from the Office of the United States Trustee for the District of Delaware

C. Informal comments from the Official Committee of Unsecured Creditors

19

Related Documents:

i.      Declaration of Douglas Friske in Support of Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of Non-Insider Compensation Programs and (B) Continue the Non-Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 469; filed May 15, 2014]

ii.     Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., *et al.*, in Support of Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of Non-Insider Compensation Programs and (B) Continue the Non-Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 471; filed May 15, 2014]

iii.    First Order Authorizing the Debtors to (A) Pay Certain Prepetition Amounts on Account of Non-Insider Compensation Programs and (B) Continue the Non-Insider Compensation Programs in the Ordinary Course of Business on a Postpetition Basis [D.I. 761; filed June 3, 2014]

iv.     Joint Motion of Debtors, Ad Hoc Committee of EFIH Unsecured Noteholders and Fidelity Research & Management Co. for Leave to File Late Replies in Response to Anticipated Objections to Certain Motions Set for Hearing on June 30, 2014 [D.I. 1065; filed June 24, 2014]

v.      Order Granting Leave to File Late Replies to Anticipated Objections to Certain Motions Set for Hearing on June 30, 2014 [D.I. 1086; filed June 24, 2014]

Status: On June 3, 2014, the Court entered an order granting the Debtors the relief requested in connection with the Key Leader Plan and Individual Bonus Payments.  The hearing on the remaining relief on this matter will go forward.

31.   Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 472; filed May 15, 2014]

Response/Objection Deadline:        May 29, 2014 at 4:00 p.m. (EDT); extended to June 20, 2014 at 4:00 p.m. (EDT) for all relief requested except with respect to any relief requested related to the First Lien Settlement (as defined in the motion); further extended to June 24, 2014 at 12:00 p.m. (EDT)

Responses/Objections Responses:

A.    Statement of EFIH 2nd Lien Notes Indenture Trustee Concerning Scheduling of Hearing on Debtors' Settlement Motion, 2nd Lien DIP Motion and RSA Assumption Motion [D.I. 562; filed May 21, 2014]

B.    EFIH Second Lien Notes Indenture Trustee's (I) Preliminary Response to Debtors' Settlement Motion and (II) Limited Objection and Reservation of Rights to Debtors' Motion Approving First Lien DIP Financing [D.I. 649; filed May 29, 2014]

C.    Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve the "First Lien Settlement" [D.I. 694; filed May 31, 2014]

D.    Debtors' Reply to Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve Proposed First Lien Settlement [D.I. 737; filed June 3, 2014]

E.    Joinder of the Ad Hoc Committee of EFIH Unsecured Noteholders to Debtors' Reply to Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve Proposed First Lien Settlement [D.I. 776; filed June 3, 2014]

F.    Notice of Filing of Unredacted Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement [D.I. 867; filed June 9, 2014]

G.    Objection of the EFIH Second Lien Notes Indenture Trustee and EFIH Second Lien Group to Debtors' Motion to Approve Second Lien Settlement [D.I. 1067; filed June 24, 2014]

H.    Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements [D.I. 1068; filed June 24, 2014]

I.    Ad Hoc Group of EFH Legacy Noteholders' Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement [D.I. 1071; filed June 24, 2014]

J.    Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E)

Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and Limited Objection to the Related Motion to Approve the EFIH Second Lien Settlement [D.I. 1078; filed June 24, 2014]

K.     Joinder of Caxton Associates LP to the Objection of the Ad Hoc Group of EFH Legacy Noteholders' Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement [D.I. 1079; filed June 24, 2014]

L.     [Redacted] Joinder of Wilmington Savings Fund Society, FSB to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1083; filed June 24, 2014]

M.     Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1090; filed June 24, 2014]

N.     Joinder of Law Debenture Trust Company of New York, as Indenture Trustee, to (1) Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment and (2) Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Intermediate Holding Company LLC and

EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and Limited Objection to the Related Motion to Approve the EFIH Second Lien Settlement [D.I. 1098; filed June 24, 2014]

O.    Statement of Support and Limited Reservation of Rights of UMB Bank, N.A., as Indenture Trustee, with Respect to: (1) EFIH Debtors' Motion for Entry of an Order Approving Second Lien DIP Financing, and (2) Debtors' Motion for Entry of Orders Approving Certain EFIH Settlement Agreements [D.I. 1104; filed June 24, 2014]

P.    Joinder of Wilmington Savings Fund Society, FSB to Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1106; filed June 24, 2014]

Related Documents:

i.    Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C. in Support of the Motion of Energy Future Holdings Corp., et al., for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 474; filed May 15, 2014]

ii.    Debtors' Notice of Filing Supplemental Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C., in Support of (1) the EFIH First Lien DIP Motion and (2) the EFIH Settlement Motion [D.I. 610; filed May 25, 2014]

iii.    Re-Notice of Motions and Hearing [D.I. 626; filed May 28, 2014]

iv.    Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal [D.I. 695; filed May 31, 2014]

v.    Motion to Set Expedited Hearing and Shorten Notice Period with Respect to Motion to File Objection of CSC Trust Company of Delaware, as

23

        Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal [D.I. 696; filed May 31, 2014]

vi.     Notice of Filing of Proposed form of Order Approving EFIH First Lien Settlement [D.I. 730; filed June 2, 2014]

vii.    Order Setting Expedited Hearing and Shortening Notice Period with Respect to Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal [D.I. 760; filed June 3, 2014]

viii.   Notice of Hearing on Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee, to the EFIH Debtors' Motion to Approve First Lien Settlement Under Seal [D.I. 774; filed June 3, 2014]

ix.     Order Approving EFIH First Lien Settlement [D.I. 858; filed June 6, 2014]

x.      Notice of Appeal [D.I. 873; filed June 9, 2014]

xi.     Re-Notice of "Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment" [D.I. 1026; filed June 19, 2014]

xii.    Re-Notice of Objection Deadline with Respect to (I) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment" [D.I. 472] Solely with Respect to the Approval of the Second Lien Settlement and (II) "Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Energy of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay" [D.I. 477] and Hearing Thereon [D.I. 1052; filed June 20, 2014]

xiii.   Letter to the Honorable Christopher S. Sontchi Regarding Ad Hoc Committee of EFIH Unsecured Noteholders' Discovery Deficiencies [D.I. 1058; filed June 23, 2014]

xiv.   Statement of Issues and Designation of Record on Appeal of CSC Trust Company of Delaware, as Indenture Trustee [D.I. 1061; filed June 23, 2014]

xv.    Joint Motion of Debtors, Ad Hoc Committee of EFIH Unsecured Noteholders and Fidelity Research & Management Co. for Leave to File Late Replies in Response to Anticipated Objections to Certain Motions Set for Hearing on June 30, 2014 [D.I. 1065; filed June 24, 2014]

xvi.    Declaration of Christopher J. Kearns, Executive Director of Capstone
        Advisory Group, LLC Concerning Second Lien Settlement [D.I. 1069;
        filed June 24, 2014]

xvii.   Motion to File Objection of CSC Trust Company of Delaware, as
        Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to
        Approve Second-Lien Post-Petition Financing, Redeem Second Lien
        Notes, and Determine Secured Claim and (B) Motion to Approve Certain
        EFIH Settlements Under Seal [D.I. 1072; filed June 24, 2014]

xviii.  Motion to File Under Seal Unredacted Versions of: (I) Objection to
        Debtors' Motion to Approve Second Lien Settlement; (II) Objection to
        Debtors' Motion to Approve Second Lien DIP; (III) Declaration of Todd
        R. Snyder [D.I. 1073; filed June 24, 2014]

xix.    Motion to Set Expedited Hearing and Shorten Notice Period with Respect
        to Motion to File Objection of CSC Trust Company of Delaware, as
        Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to
        Approve Second-Lien Post-Petition Financing, Redeem Second Lien
        Notes, and Determine Secured Claim and (B) Motion to Approve Certain
        EFIH Settlements Under Seal [D.I. 1074; filed June 24, 2014]

xx.     Motion to Fix Hearing Date on and Shorten Time to Object or Respond to
        Motion to File Under Seal Unredacted Versions of: (I) Objection to
        Debtors' Motion to Approve Second Lien Settlement; (II) Objection to
        Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of
        Todd R. Snyder [D.I. 1075; filed June 24, 2014]

xxi.    Motion of Ad Hoc Group of EFH Legacy Noteholders to Seal the
        Objection to Approval of Proposed Second Lien Financing and
        Makewhole Settlement [D.I. 1084; filed June 24, 2014]

xxii.   Motion to Set Expedited Hearing and Shorten Time to Object or Respond
        to Ad Hoc Group of EFH Legacy Noteholders Motion to Seal the
        Objection to Approval of Proposed Second Lien Financing and
        Makewhole Settlement [D.I. 1085; filed June 24, 2014]

xxiii.  Order Granting Leave to File Late Replies to Anticipated Objections to
        Certain Motions Set for Hearing on June 30, 2014 [D.I. 1086; filed June
        24, 2014]

xxiv.   Declaration of Timothy R. Pohl in Support of Omnibus Objection of the
        Official Committee of Unsecured Creditors to (I) the Motion of Energy
        Future Intermediate Holding Company LLC and EFIH Finance Inc. for
        Entry of an Order (A) Approving Postpetition Second Lien Financing, (B)
        Granting Liens and Providing Superpriority Administrative Expense
        Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the

25

EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1091; filed June 24, 2014]

xxv.    Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1092; filed June 24, 2014]

xxvi.    Motion of the Official Committee of Unsecured Creditors to File Certain Exhibits Under Seal Pursuant to 11 U.S.C. § 107, Fed. R. Bankr. P. 9018, and Del. Bankr. L.R. 9018-1 Regarding the Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1093; filed June 24, 2014]

xxvii.    Motion of the Official Committee of Unsecured Creditors for an Order Under 11 U.S.C. §§ 102 and 105, Bankruptcy Rule 9006(c), and Local Rule 9006-1(e) to Shorten Notice with Respect to the Motion of the Official Committee of Unsecured Creditors to File Certain Exhibits Under Seal Pursuant to 11 U.S.C. § 107, Fed. R. Bankr. P. 9018, and Del. Bankr. L.R. 9018-1 Regarding the Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of

26

Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1094; filed June 24, 2014]

xxviii. Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal its Joinder to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1097; filed June 24, 2014]

xxix. Wilmington Savings Fund Society, FSB's Motion Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening the Time to Consider Wilmington Savings Fund Society FSB's Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal the Joinder of Wilmington Savings Fund Society, FSB to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1101; filed June 24, 2014]

xxx. Letter to the Honorable Christopher S. Sontchi in Response to First Lien Trustee's June 23 Letter Regarding Discovery [D.I. 1111; filed June 23, 2014]

xxxi. Order Under 11 U.S.C. §§ 102 and 105, Bankruptcy Rule 9006(c), and Local Rule 9006-1(e) to Shorten Notice with Respect to the Motion of the Official Committee of Unsecured Creditors to File Certain Exhibits Under Seal Pursuant to 11 U.S.C. § 107, Fed. R. Bankr. P. 9018, and Del. Bankr. L.R. 9018-1 Regarding the Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash

27

Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1112; filed June 25, 2014]

xxxii. Order Approving Motion of Ad Hoc Group of EFH Legacy Noteholders for an Order Pursuant to 11 U.S.C §§ 107(b) and 105(a) and Del. Bankr. L.R. 9018-1 Seeking Authorization to File an Objection and Related Exhibits Under Seal [D.I. 1113; filed June 25, 2014]

xxxiii. Order Granting Wilmington Savings Fund Society, FSB's Motion Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening the Time to Consider Wilmington Savings Fund Society FSB's Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal the Joinder of Wilmington Savings Fund Society, FSB to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1115; filed June 25, 2014]

xxxiv. Order Fixing Hearing Date Shortening Time to Object or Respond to Motion to File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of Todd R. Snyder [D.I. 1116; filed June 25, 2014]

xxxv. Order Granting Motion to Set Expedited Hearing and Shorten Notice Period with Respect to Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second-Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements Under Seal [D.I. 1117; filed June 25, 2014]

xxxvi. Notice of Hearing [D.I. 1122; filed June 25, 2014]

xxxvii. Notice of Hearing Regarding Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal its Joinder to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A)

Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1124; filed June 25, 2014]

xxxviii. Notice of Hearing on Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements Under Seal [D.I. 1126; filed June 25, 2014]

xxxix. Notice of Entry of Order Fixing Hearing Date Shortening Time to Object or Respond to Motion to File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of Todd R. Snyder [D.I. 1134; filed June 25, 2014]

xl. Notice of Filing of Proposed Form of Order Approving EFIH Second Lien Settlement [D.I. 1147; filed June 26, 2014]

Status: On June 6, 2014, the Court entered an order granting the Debtors the relief requested related to the First Lien Settlement (as defined in the motion). The hearing on this matter will go forward solely with respect to the Second Lien Settlement (as defined in the motion) relief requested in the motion.

32. Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Energy of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay [D.I. 477; filed May 15, 2014]

Response/Objection Deadline:    May 29, 2014 at 4:00 p.m. (EDT); extended to June 20, 2014 at 4:00 p.m. (EDT) for all parties other than the Office of the United States Trustee and to June 23, 2014 at 4:00 p.m. (EDT) for the Office of the United States Trustee, for all relief requested except with respect to any relief requested related to the Alternative Transaction Fee and the payment of certain fees, expenses and

29

indemnification obligations (each as defined in the motion); June 2, 2014 at 4:00 p.m. (EDT) for the Office of the United States Trustee for relief requested related to the Alternative Transaction Fee and the payment of certain fees, expenses and indemnification obligations (each as defined in the motion); further extended to June 24, 2014 at 12:00 p.m. (EDT)

Responses/Objections Responses:

A.     Statement of EFIH 2nd Lien Notes Indenture Trustee Concerning Scheduling of Hearing on Debtors' Settlement Motion, 2nd Lien DIP Motion and RSA Assumption Motion [D.I. 562; filed May 21, 2014]

B.     Objection of EFIH Second Lien Notes Indenture Trustee to Debtors' Request for Approval of Alternative Transaction Fee [D.I. 636; filed May 29, 2014]

C.     Objection of the Official Committee of Unsecured Creditors to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order Authorizing Payment of Fees Under the Postpetition Second Lien Financing Commitment Letter [D.I. 640; filed May 29, 2014]

D.     Statement and Reservation of Rights of the Ad Hoc Group of TCEH Unsecured Noteholders with Respect to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay [D.I. 643; filed May 29, 2014]

E.     Joinder of Law Debenture Trust Company of New York, as Indenture Trustee, to Objection of the Official Committee of Unsecured Creditors to, and the Statement of the Ad Hoc Group of TCEH Unsecured Noteholders with Respect to, the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order Authorizing Payment of Fees Under the Postpetition Second Lien Financing Commitment Letter [D.I. 669; filed May 30, 2014]

F.     Objection of CSC Trust Company of Delaware, as Indenture Trustee, to Debtors' Request for Approval of Alternative Transaction Fee [D.I. 690; filed May 31, 2014]

G.  United States Trustee's Objection to the Motion of Energy Future
    Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of
    an Order (A) Approving Postpetition Second Lien Financing, (B) Granting
    Liens and Providing Superpriority Administrative Expense Claims, (C)
    Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second
    Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under
    the Commitment Letter, and (F) Modifying the Automatic Stay [D.I. 721;
    filed June 2, 2014]

H.  Preliminary Objection of Second Lien Notes Indenture Trustee and EFIH
    Second Lien Group of Second Lien Noteholders to Debtors' Motion to
    Approve Second Lien DIP [D.I. 1060; filed June 23, 2014]

I.  Objection of EFIH Second Lien Notes Indenture Trustee and EFIH
    Second Lien Group to Debtors' Motion to Approve Second Lien DIP [D.I.
    1066; filed June 24, 2014]

J.  Objection of CSC Trust Company of Delaware, as Indenture Trustee and
    Collateral Trustee, to Debtors' (A) Motion to Approve Second Lien Post-
    Petition Financing, Redeem Second Lien Notes, and Determine Secured
    Claim and (B) Motion to Approve Certain EFIH Settlements [D.I. 1068;
    filed June 24, 2014]

K.  Ad Hoc Group of EFH Legacy Noteholders' Objection to Approval of
    Proposed Second Lien Financing and Makewhole Settlement [D.I. 1071;
    filed June 24, 2014]

L.  Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the
    Motion of Energy Future Intermediate Holding Company LLC and EFIH
    Finance Inc. for Entry of an Order (A) Approving Postpetition Second
    Lien Financing, (B) Granting Liens and Providing Superpriority
    Administrative Expenses Claims, (C) Authorizing the Use of Cash
    Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E)
    Authorizing Entry into and Payment of Fees Under the Commitment
    Letter, and (F) Modifying the Automatic Stay and Limited Objection to
    the Related Motion to Approve the EFIH Second Lien Settlement [D.I.
    1078; filed June 24, 2014]

M.  Joinder of Caxton Associates LP to the Objection of the Ad Hoc Group of
    EFH Legacy Noteholders' Objection to Approval of Proposed Second
    Lien Financing and Makewhole Settlement [D.I. 1079; filed June 24,
    2014]

N.  [Redacted] Joinder of Wilmington Savings Fund Society, FSB to Certain
    Objections to (I) the Motion of Energy Future Intermediate Holding
    Company LLC and EFIH Finance Inc. for Entry of an Order (A)
    Approving Postpetition Second Lien Financing, (B) Granting Liens and

31

Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1083; filed June 24, 2014]

O.  Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1090; filed June 24, 2014]

P.  Joinder of Law Debenture Trust Company of New York, as Indenture Trustee, to (1) Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment and (2) Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and Limited Objection to the Related Motion to Approve the EFIH Second Lien Settlement [D.I. 1098; filed June 24, 2014]

Q.  Statement of Support and Limited Reservation of Rights of UMB Bank, N.A., as Indenture Trustee, with Respect to: (1) EFIH Debtors' Motion for Entry of an Order Approving Second Lien DIP Financing, and (2) Debtors' Motion for Entry of Orders Approving Certain EFIH Settlement Agreements [D.I. 1104; filed June 24, 2014]

32

R.     Joinder of Wilmington Savings Fund Society, FSB to Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expenses Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1106; filed June 24, 2014]

Related Documents:

i.     Declaration of David Ying, Senior Managing Director of Evercore Group L.L.C., in Support of the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay [D.I. 478; filed May 15, 2014]

ii.     Re-Notice of Motions and Hearing [D.I. 626; filed May 28, 2014]

iii.     Notice of Filing of Proposed Form of "Final Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry Into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay" [D.I. 994; filed June 16, 2014]

iv.     Re-Notice of Objection Deadline with Respect to (I) "Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment" [D.I. 472] Solely with Respect to the Approval of the Second Lien Settlement and (II) "Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Energy of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay" [D.I. 477] and Hearing Thereon [D.I. 1052; filed June 20, 2014]

v.      Letter to the Honorable Christopher S. Sontchi Regarding Ad Hoc
        Committee of EFIH Unsecured Noteholders' Discovery Deficiencies [D.I.
        1058; filed June 23, 2014]

vi.     Joint Motion of Debtors, Ad Hoc Committee of EFIH Unsecured
        Noteholders and Fidelity Research & Management Co. for Leave to File
        Late Replies in Response to Anticipated Objections to Certain Motions Set
        for Hearing on June 30, 2014 [D.I. 1065; filed June 24, 2014]

vii.    Declaration of Christopher J. Kearns, Executive Director of Capstone
        Advisory Group, LLC Concerning Second Lien Settlement [D.I. 1069;
        filed June 24, 2014]

viii.   Declaration of Todd R. Snyder [D.I. 1070; filed June 24, 2014]

ix.     Motion to File Objection of CSC Trust Company of Delaware, as
        Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to
        Approve Second-Lien Post-Petition Financing, Redeem Second Lien
        Notes, and Determine Secured Claim and (B) Motion to Approve Certain
        EFIH Settlements Under Seal [D.I. 1072; filed June 24, 2014]

x.      Motion to File Under Seal Unredacted Versions of: (I) Objection to
        Debtors' Motion to Approve Second Lien Settlement; (II) Objection to
        Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of
        Todd R. Snyder [D.I. 1073; filed June 24, 2014]

xi.     Motion to Set Expedited Hearing and Shorten Notice Period with Respect
        to Motion to File Objection of CSC Trust Company of Delaware, as
        Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to
        Approve Second-Lien Post-Petition Financing, Redeem Second Lien
        Notes, and Determine Secured Claim and (B) Motion to Approve Certain
        EFIH Settlements Under Seal [D.I. 1074; filed June 24, 2014]

xii.    Motion to Fix Hearing Date on and Shorten Time to Object or Respond to
        Motion to File Under Seal Unredacted Versions of: (I) Objection to
        Debtors' Motion to Approve Second Lien Settlement; (II) Objection to
        Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of
        Todd R. Snyder [D.I. 1075; filed June 24, 2014]

xiii.   Declaration of Gregory Starner, Esq. [D.I. 1080; filed June 24, 2014]

xiv.    Motion of the Ad Hoc Group of TCEH Unsecured Noteholders Pursuant
        to 11 U.S.C. § 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b)
        for Authority to File Under Seal the Objection of the Ad Hoc Group of
        TCEH Unsecured Noteholders to the Motion of Energy Future
        Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of
        an Order (A) Approving Postpetition Second Lien Financing, (B) Granting
        Liens and Providing Superpriority Administrative Expense Claims, (C)

34

Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and Limited Objection to the Related Motion to Approve EFIH Second Lien Settlement and Supporting Declaration [D.I. 1081; filed June 24, 2014]

xv.     Motion of the Ad Hoc Group of TCEH Unsecured Noteholders Pursuant to Local Rule 9006-1(c) and 900601(e) for an Order Shortening Notice with Respect its Motion Pursuant to 11 U.S.C. § 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b) for Authority to File Under Seal the Objection of the Ad Hoc Group of TCEH Unsecured Noteholders with Respect to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and Limited Objection to the Related Motion to Approve EFIH Second Lien Settlement and Supporting Declaration [D.I. 1082; filed June 24, 2014]

xvi.    Motion of Ad Hoc Group of EFH Legacy Noteholders to Seal the Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement [D.I. 1084; filed June 24, 2014]

xvii.   Motion to Set Expedited Hearing and Shorten Time to Object or Respond to Ad Hoc Group of EFH Legacy Noteholders Motion to Seal the Objection to Approval of Proposed Second Lien Financing and Makewhole Settlement [D.I. 1085; filed June 24, 2014]

xviii.  Order Granting Leave to File Late Replies to Anticipated Objections to Certain Motions Set for Hearing on June 30, 2014 [D.I. 1086; filed June 24, 2014]

xix.    Declaration of Timothy R. Pohl in Support of Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1091; filed June 24, 2014]

xx.     Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1092; filed June 24, 2014]

xxi.    Motion of the Official Committee of Unsecured Creditors to File Certain Exhibits Under Seal Pursuant to 11 U.S.C. § 107, Fed. R. Bankr. P. 9018, and Del. Bankr. L.R. 9018-1 Regarding the Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1093; filed June 24, 2014]

xxii.   Motion of the Official Committee of Unsecured Creditors for an Order Under 11 U.S.C. §§ 102 and 105, Bankruptcy Rule 9006(c), and Local Rule 9006-1(e) to Shorten Notice with Respect to the Motion of the Official Committee of Unsecured Creditors to File Certain Exhibits Under Seal Pursuant to 11 U.S.C. § 107, Fed. R. Bankr. P. 9018, and Del. Bankr. L.R. 9018-1 Regarding the Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1094; filed June 24, 2014]

xxiii.  Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal its Joinder to Certain Objections to (I) the

Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1097; filed June 24, 2014]

xxiv.   Wilmington Savings Fund Society, FSB's Motion Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening the Time to Consider Wilmington Savings Fund Society FSB's Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal the Joinder of Wilmington Savings Fund Society, FSB to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1101; filed June 24, 2014]

xxv.    Letter to the Honorable Christopher S. Sontchi in Response to First Lien Trustee's June 23, Letter Regarding Discovery [D.I. 1111; filed June 23, 2014]

xxvi.   Order Under 11 U.S.C. §§ 102 and 105, Bankruptcy Rule 9006(c), and Local Rule 9006-1(e) to Shorten Notice with Respect to the Motion of the Official Committee of Unsecured Creditors to File Certain Exhibits Under Seal Pursuant to 11 U.S.C. § 107, Fed. R. Bankr. P. 9018, and Del. Bankr. L.R. 9018-1 Regarding the Declaration of Todd M. Goren in Support of the Omnibus Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holdings Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1112; filed June 25, 2014]

xxvii. Order Approving Motion of Ad Hoc Group of EFH Legacy Noteholders for an Order Pursuant to 11 U.S.C §§ 107(b) and 105(a) and Del. Bankr. L.R. 9018-1 Seeking Authorization to File an Objection and Related Exhibits Under Seal [D.I. 1113; filed June 25, 2014]

xxviii. Order Granting Motion of the Ad Hoc Group of TCEH Unsecured Noteholders Pursuant to 11 U.S.C. § 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b) for Authority to File Under Seal the Objection of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and Limited Objection  to the Related Motion to Approve EFIH Second Lien Settlement and Supporting Declaration [D.I. 1114; filed June 25, 2014]

xxix. Order Granting Wilmington Savings Fund Society, FSB's Motion Pursuant to Local Rules 9006-1(c) and 9006-1(e) for an Order Shortening the Time to Consider Wilmington Savings Fund Society FSB's Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal the Joinder of Wilmington Savings Fund Society, FSB to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1115; filed June 25, 2014]

xxx. Order Fixing Hearing Date and Shortening Time to Object or Respond to Motion to File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of Todd R. Snyder [D.I. 1116; filed June 25, 2014]

xxxi. Order Granting Motion to Set Expedited Hearing and Shorten Notice Period with Respect to Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second-Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements Under Seal [D.I. 1117; filed June 25, 2014]

xxxii.  Notice of Hearing [D.I. 1122; filed June 25, 2014]

xxxiii.  Notice of Hearing Regarding Motion for Entry of an Order Authorizing Wilmington Savings Fund Society, FSB to File Under Seal its Joinder to Certain Objections to (I) the Motion of Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. for Entry of an Order (A) Approving Postpetition Second Lien Financing, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Authorizing the Use of Cash Collateral, (D) Authorizing the EFIH Second Lien Repayment, (E) Authorizing Entry into and Payment of Fees Under the Commitment Letter, and (F) Modifying the Automatic Stay and (II) the Motion of Energy Future Holding Corp., *et al.*, for Entry of Orders Approving Certain EFIH Settlements and the Oncor TSA Amendment [D.I. 1124; filed June 25, 2014]

xxxiv.  Notice of Hearing on Motion to File Objection of CSC Trust Company of Delaware, as Indenture Trustee and Collateral Trustee, to Debtors' (A) Motion to Approve Second-Lien Post-Petition Financing, Redeem Second Lien Notes, and Determine Secured Claim and (B) Motion to Approve Certain EFIH Settlements Under Seal [D.I. 1126; filed June 25, 2014]

xxxv.  Notice of Hearing [D.I. 1132; filed June 25, 2014]

xxxvi.  Notice of Entry of Order Fixing Hearing Date and Shortening Time to Object or Respond to Motion to File Under Seal Unredacted Versions of: (I) Objection to Debtors' Motion to Approve Second Lien Settlement; (II) Objection to Debtors' Motion to Approve Second Lien DIP; and (III) Declaration of Todd R. Snyder [D.I. 1134; filed June 25, 2014]

Status: The hearing on this matter will go forward.

## IV.  PRE-TRIAL CONFERENCE IN ADV. 14-503603:

33.  Complaint for Declaratory Relief [D.I. 470/Adv. D.I. 1; filed May 15, 2014]

Response/Objection Deadline:        June 13, 2014 at 4:00 p.m. (EDT)

Responses/Objections Received:      None at this time.

Related Documents:

i.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 4; filed May 19, 2014]

ii.  Scheduling Order with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [Adv. D.I. 10; filed June 4, 2014]

iii.     Notice of Intervention [Adv. D.I. 13; filed June 11, 2014]

iv.     Notice of Intervention of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or its Affiliates [Adv. D.I. 14; filed June 11, 2014]

v.     Notice of Intervention of the Ad Hoc Committee of EFIH Unsecured Noteholders [Adv. D.I. 15; filed June 11, 2014]

vi.     Notice of Intervention [Adv. D.I. 16; filed June 11, 2014]

vii.     Notice of Intervention of the Ad Hoc Group of EFH Legacy Noteholders [Adv. D.I. 18; filed June 11, 2014]

viii.     Notice of Intervention with Respect to (A) Contested Matter Motion, (B) Adversary Proceeding, and (C) Stay-Applicability Motion [Adv. D.I. 19; filed June 11, 2014]

ix.     Energy Future Intermediate Holding Company LLC's and EFIH Finance Inc.'s Answer [Adv. D.I. 27; filed June 13, 2014]

x.     Ad Hoc Group of EFH Legacy Noteholders' Answer to Complaint for Declaratory Relief Against Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. [Adv. D.I. 33; filed June 13, 2014]

xi.     Letter to the Honorable Christopher S. Sontchi Regarding Ad Hoc Committee of EFIH Unsecured Noteholders' Discovery Deficiencies [Adv. D.I. 50; filed June 23, 2014]

xii.     Letter to the Honorable Christopher S. Sontchi in Response to First Lien Trustee's June 23 Letter Regarding Discovery [Adv. D.I. 51; filed June 25, 2014]

Status: A status/pre-trial conference on the adversary proceeding will go forward.

## V.    STATUS CONFERENCE MATTER:

34.    Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties (the "2004 Motion") [D.I. 6; filed April 29, 2014]

Response/Objection Deadline:    None has been set/noticed to date

Responses/Objections Responses:

A.    Debtors' Response and Partial Opposition to the Motion of Wilmington Savings Fund Society, FSB Pursuant to Rule 2002 and 9006 of the Federal

Rules of Bankruptcy Procedure and 11 U.S.C. Section 105(a) to Shorten Notice of, and Schedule Hearings on, (I) Request to Transfer Venue; and (II) Request to Conduct Discovery Under Rule 2004 [D.I. 203; filed April 30, 2014]

B.     EFH Equity Owners' Objection and Reservation of Rights in Response to Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 [D.I. 523; filed May 19, 2014]

Related Documents:

i.     Appendix to Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [D.I. 7; filed April 29, 2014]

ii.    Motion of Wilmington Savings Fund Society, FSB Pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 105(a) to Shorten Notice of, and Schedule Hearings on, (I) Request to Transfer Venue; and (II) Request to Conduct Discovery Under Rule 2004 [D.I. 8; filed April 29, 2014]

iii.   Limited Joinder of the Ad Hoc Group of TCEH Unsecured Noteholders to the Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [D.I. 226; filed April 30, 2014]

iv.    Notice of Status Conference in Connection with "Motion of Wilmington Savings Fund Society, FSB for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties" [D.I. 417; filed May 12, 2014]

v.     Debtors' Status Report in Reference to Wilmington Savings Fund Society, FSB's Motion for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Energy Future Holdings Corporation, its Affiliates, and Certain Third Parties [D.I. 537; filed May 20, 2014]

Status: A further status conference only on this matter will go forward.

Dated: June 26, 2014
     Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
Richard M. Cieri (admitted *pro hac vice*)
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    richard.cieri@kirkland.com
    edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

Proposed Co-Counsel to the Debtors and Debtors in Possession