# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>   *Debtors*. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |
| CSC TRUST COMPANY OF<br>DELAWARE, as INDENTURE TRUSTEE,<br><br>   *Plaintiff*,<br><br>v.<br><br>ENERGY FUTURE INTERMEDIATE<br>HOLDING COMPANY LLC and<br>EFIH FINANCE INC.,<br><br>   *Defendants*. | Adversary Proceeding<br>No. 14-50363 (CSS) |

## NOTICE OF DEPOSITION

**TO**: Kristopher Moldovan, c/o Richards, Layton & Finger, Attention Mark D. Collins, 920 North King Street, Wilmington, Delaware 19801; Kirkland & Ellis LLP, Attention David R. Dempsey, 655 15th Street N.W., Washington, D.C. 20005.

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30(b)(1) made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, Plaintiff CSC Trust Company of Delaware, as indenture trustee (the "10% Indenture Trustee") for the 10% Senior Secured Notes Due 2020 issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc. (together, the "EFIH Debtors") under the Indenture dated as of August 17, 2010 (together with all supplements, amendments, and exhibits, the "EFIH 10% Indenture"), will take the deposition upon oral examination of Kristopher Moldovan in the above-captioned

chapter 11 cases. The deposition will take place on **July 24, 2014** beginning at **10 a.m.** (Eastern Standard Time) at **WilmerHale, 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007**, or at such other location and time mutually agreeable to counsel. The deposition will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until it has been completed.

Date:   July 15, 2014
        Wilmington, DE

COLE, SCHOTZ, MEISEL, FORMAN
& LEONARD, P.A.

*/s/ Nicholas J. Brannick*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410        Warren A. Usatine
Wilmington, DE 19801                    25 Main Street,
Telephone: 302-652-3131                 P.O. Box 800
Facsimile: 302-652-3117                 Hackensack, NJ 07602
npernick@coleschotz.com                 Telephone: 201-489-3000
kstickles@coleschotz.com                Facsimile: 201-489-1536
nbrannick@coleschotz.com                wusatine@coleschotz.com

-and-

WILMER CUTLER PICKERING HALE
AND DORR, LLP
Philip D. Anker
Charles C. Platt
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800
Facsimile: 212-230-8888
panker@wilmerhale.com
cplatt@wilmerhale.com


-and-

ROPES & GRAY LLP

| | |
|---|---|
| Keith H. Wofford | D. Ross Martin |
| Mark R. Somerstein | Andrew G. Devore |
| 1211 Avenue of the Americas | Prudential Tower |
| New York, NY 10036-8704 | 800 Boylston Street |
| Telephone: 212-596-9000 | Boston, MA 02199-3600 |
| Facsimile: 212-596-9090 | Telephone: 617-951-7000 |
| Keith.Wofford@ropesgray.com | Facsimile: 617-951-7050 |
| Mark.Somerstein@ropesgray.com | Ross.Martin@ropesgray.com |
| | Andrew.Devore@ropesgray.com |

-and-

DRINKER BIDDLE & REATH LLP
James H. Millar
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
Telephone: 212-248-3264
Facsimile: 212-248-3141
James.Millar@dbr.com

*Counsel for CSC Trust Company of Delaware,
as successor indenture trustee*