# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:** <br> Energy Future Holdings Corp. <br>       Debtor <br> _____ | Chapter: 11 <br><br> Bankruptcy No. 14–10979–CSS |
| CSC Trust Company of Delaware, as Indenture Trustee <br><br>       Plaintiff <br><br>       vs. <br><br> Energy Future Intermediate Holding Company LLC , et al. <br><br>       Defendant | <br><br> Adversary No. 14–50363–CSS |

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

    A transcript of the proceeding held on 7/11/2014 was filed on 7/14/2014 . The following deadlines apply:

    The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 8/4/2014 .

    If a request for redaction is filed, the redacted transcript is due 8/14/2014 .

    If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 10/14/2014 unless extended by court order.

    To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

                                                                          Clerk of Court

Date: 7/14/14

(ntc)

United States Bankruptcy Court
District of Delaware

CSC Trust Company of Delaware, as Indent,
     Plaintiff

Adv. Proc. No. 14-50363-CSS

Energy Future Intermediate Holding Compa,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 0311-1     User: Brandon     Page 1 of 1     Date Rcvd: Jul 14, 2014
                  Form ID: ntcAP     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2014.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Jul 14 2014 20:16:59     United States Trustee,
     844 King Street, Room 2207,   Lockbox #35,   Wilmington, DE 19801-3519
                                                                                                                                              TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2014                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2014 at the address(es) listed below:
          Ann M Kashishian    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
           Noteholders kashishian@ccbllp.com,    dero@ccbllp.com;mccloskey@ccbllp.com
          Barry G. Felder    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
           bgfelder@foley.com
          Garvan F. McDaniel    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
           gfmcdaniel@dkhogan.com,    gdurstein@dkhogan.com;karen@dkhogan.com
          J. Kate Stickles    on behalf of Plaintiff    CSC Trust Company of Delaware, as Indenture Trustee
           kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Jason M. Madron    on behalf of Defendant    EFIH Finance Inc. madron@rlf.com,    rbgroup@rlf.com
          Jason M. Madron    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
           madron@rlf.com,    rbgroup@rlf.com
          Karen C Bifferato    on behalf of Interested Party    Pacific Investment Management Company LLC
           ("PIMCO") kbifferato@connollygallagher.com
          Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
           ljones@pszjlaw.com,    efile1@pszyjw.com
          Michael Joseph Joyce    on behalf of Interested Party    certain funds and accounts advised or
           sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@crosslaw.com,
           smacdonald@crosslaw.com
          Nicholas J. Brannick    on behalf of Plaintiff    CSC Trust Company of Delaware, as Indenture
           Trustee nbrannick@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
          Norman L. Pernick    on behalf of Plaintiff    CSC Trust Company of Delaware, as Indenture Trustee
           npernick@coleschotz.com,
           pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com
          Owen M. Sonik    on behalf of Creditor    Galena Park Independent School District osonik@pbfcm.com,
           tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          R. Stephen McNeill    on behalf of Interested Party    Deutsche Bank Securities Inc.
           bankruptcy@potteranderson.com,    bankruptcy@potteranderson.com
          Raymond Howard Lemisch    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
           rlemisch@klehr.com
          Rebecca A. Hayes    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
           rhayes@foley.com
          Scott D. Cousins    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
           Noteholders bankruptcyservice@ccbllp.com,    mccloskey@ccbllp.com;dero@ccbllp.com
          Warren A. Usatine    on behalf of Plaintiff    CSC Trust Company of Delaware, as Indenture Trustee
           wusatine@coleschotz.com
                                                                                                                                                                                      TOTAL: 17